Jennifer R. Schwartz, OSB #072978
Law Office of Jennifer R. Schwartz
2521 SW Hamilton Court
Portland, Oregon 97239
Tel: 503-780-8281
Email: jenniferroseschwartz@gmail.com

Nicholas S. Cady (OSB # 113463)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Email: nick@cascwild.org

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, an Oregon nonprofit corporation, and **OREGON WILD**, an Oregon nonprofit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>**BUREAU OF LAND MANAGEMENT**, a federal agency,<br><br>    Defendant,<br><br>  and<br><br>**SENECA SAWMILL COMPANY**, an Oregon corporation,<br><br>    Defendant-Intervenor. | Case Number:  6:19-cv-00247-MC<br><br>**UNOPPOSED MOTION TO STAY PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiffs respectfully move this Court to stay their Motion for Attorneys' Fees and Costs until June 15, 2020. The agreement surrounding attorneys' fees and costs has been approved by the Bureau of Land Management and is currently awaiting approval from the Department of Interior. Again, we request the Court permit the parties to file additional materials, including memoranda, additional declarations, and additional exhibits, regarding the fee application at a later time if the agreement is not approved. Additionally, it is possible Plaintiffs will seek an additional stay if the approval process takes longer than anticipated. Defendants do not oppose this motion.

Accordingly, plaintiffs respectfully request that the Court approve this motion.

Respectfully submitted May 6, 2020.

/s/ Nicholas Cady
Nicholas Cady (OSB # 113463)
Tel: (541) 434-1463
Email: nick@cascwild.org

*Counsel for Plaintiffs*

PLAINTIFFS' UNOPPOSED MOTION TO STAY MOTION FOR ATTORNEYS' FEES AND COSTS 1